# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 2, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145677(56)(57)

_____

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RONALD LEE EARL,
      Defendant-Appellant.
_____/

SC: 145677
COA: 302945
Oakland CC: 2010-232176-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his appeal brief to June 12, 2013, is GRANTED. On further order of the Chief Justice, the motions of Billy Hoover to (1) waive fees, costs, and multiple copy requirement is GRANTED, and (2) file an amicus curiae brief is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

        July 2, 2013


Clerk